STATE

v.

### Vincent GIORDANO.

Nos. 79–265–C.A., 79–296–C.A.

Supreme Court of Rhode Island.

May 22, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Faith A. LaSalle, Special Asst. Attys. Gen., for plaintiff.

Mark L. Smith, Woonsocket, for defendant.

### ORDER

The defendant's request for appointment of new counsel to represent him in the prosecution of these appeals is denied.